UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALANA K. BULLIS, | Case No. C05-5080RJB |
| Plaintiff, | |
| v. | ORDER |
| MARTHA A. SANDERLIN, individually and as a marital community, | |
| Defendant. | |

This matter comes before the court on review of Plaintiff's Opposition to Defendant's Motion for Continuance.  Dkt. 29. The court has considered the relevant documents and the remainder of the file herein.

On September 6, 2005, the court issued an order granting defendant's motion for continuance and renoted defendant's Motion to Dismiss Pursuant to FRCP 12(b)(6) and for Terms/motion for summary judgment (Dkt. 19), Plaintiff's Motion for Partial Summary Judgment as to Defendant's Liability Under FRCP 56(a)(Dkt. 20), and Plaintiff's Motion to Enlarge Time to Join Parties and to Enlarge Time to File Motions Related to Discovery (Dkt. 22) for September 16, 2005.  Dkt. 28.  In the order, the court recognized that defendant had improperly noted the motion for continuance for the day after the motion had been filed.  Nonetheless, the court concluded that the procedural posture of this case did not need to become more complicated than it has already become, and, in an effort to provide for full briefing on the merits of the issues, the court granted the motion for continuance and renoted the motions identified above.

On September 6, 2005, after the court's order was filed, plaintiff filed a motion opposing defendant's motion for continuance and requesting that the court order defendant to reimburse her $250 for the unnecessary costs and expenses in responding to this motion.  Dkt. 29.

The court has already recognized that defendant improperly noted the motion for continuance.  The court issued its ruling as soon as feasible in an attempt to avoid unnecessary filings by the parties and to provide an orderly procedure that would lead to a fair consideration of the merits of the motions.

The court's September 6, 2005 order granting defendant's motion for continuance should be affirmed.  Plaintiff's request for reimbursement for costs and expenses should be denied.

Therefore, it is hereby

**ORDERED** that the Order granting the motion to Continue.(Dkt. 28) is **AFFIRMED**.  Plaintiff's request for reimbursement for costs and expenses for responding to this motion (Dkt. 29) is **DENIED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 9th day of September, 2005.

Robert J. Bryan
United States District Judge

ORDER
Page - 2